FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 13 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAHZIAH ROY LEWIS | Criminal Action No.<br>1:20-cr-365 |

## Government's Motion for Detention

The United States of America, by counsel, Bobby L. Christie, Acting United States Attorney, and Dashene A. Cooper, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   A felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

   A serious risk that the defendant will flee.

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

3. **Rebuttable Presumption**

   The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of

the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at the initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: January 13, 2021.

Respectfully submitted,

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6240

BOBBY L. CHRISTIE
Acting United States Attorney

DASHENE A. COOPER
Assistant United States Attorney
Georgia Bar No. 385738
dashene.cooper@usdoj.gov

## Certificate of Service

I served this document today by handing a copy to defense counsel:

January 13, 2021

/s/DASHENE A. COOPER
DASHENE A. COOPER
Assistant United States Attorney